## CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN AND MORGAN P.A.

- I, **Brady edmonds jr.**, worked as a driver delivering Amazon packages during the period from approximately June 2018 to February 2019, and I was paid on a flat-rate basis;
- I consent to join the lawsuit brought against the Amazon Defendants in which it is alleged that Amazon jointly employed the drivers of delivery service providers and seeking damages for unpaid wages under the FLSA, as is reflected by the Complaint;
- I authorize the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and understand I will be bound by such decisions;
- I agree to be represented by Morgan and Morgan, counsel for the named Plaintiff, and any firms with which Morgan and Morgan chooses to associate;
- In the event this action gets conditionally certified and then decertified, or for any reason does not proceed as a collective action, or my individual claim is dismissed without prejudice, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendants if necessary.

Date: **Oct 1, 2019**   Signature: *Brady edmonds jr. (Oct 1, 2019)*

Address: c/o  Morgan and Morgan P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Fax: (954) 333-3515