THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADY EDMONDS, on behalf of himself and those similarly situated,

Plaintiff,

v.

AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation;

Defendants.

No. 2:19-cv-01613-JLR

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF DEADLINES REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND DISCOVERY PLAN

Pursuant to the Plaintiff and Defendants' Stipulation for Extension of Deadlines Regarding Initial Disclosures, Joint Status Report and Discovery Plan, the Court re-sets the following dates for initial disclosures and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 1/23/2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 2/6/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 2/13/2020 |

[~~PROPOSED~~] ORDER GRANTING
STIPULATION FOR EXTENSION OF
DEADLINES REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT AND DISCOVERY PLAN - 1
Case No. 2:19-cv-01613-JLR

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IT IS SO ORDERED.

Dated this 10th day of January, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/Ryan D. Redekopp
    Ryan D. Redekopp, WSBA #36853

    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, WA 98104
    Telephone: (206) 623-7580
    Fax: (206) 623-7022
    Email: ryan.redekopp@klgates.com

    Richard Rosenblatt (admitted *pro hac vice*)
    MORGAN LEWIS & BOCKIUS LLP
    502 Carnegie Center
    Princeton, NJ 08540-6241
    Telephone: (609) 919-6600
    Email: richard.rosenblatt@morganlewis.com

    Christopher K. Ramsey (admitted *pro hac vice*)
    MORGAN LEWIS & BOCKIUS LLP
    One Oxford Centre, 32nd Floor
    Pittsburgh, PA 15219-6401
    Telephone: (412) 560-3300
    Email: christopher.ramsey@morganlewis.com

    Attorneys for Defendants Amazon.com, Inc.,
    Amazon Logistics, Inc., and Amazon.com
    Services, Inc.


By: s/Toby J. Marshall
    Beth E. Terrell, WSBA #26759
    Toby J. Marshall, WSBA #32726
    TERRELL MARSHALL LAW GROUP PLLC
    936 North 34th Street, Suite 300
    Seattle, WA 98103-8869
    Telephone: (206) 319-5450

[~~PROPOSED~~] ORDER GRANTING
STIPULATION FOR EXTENSION OF
DEADLINES REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT AND DISCOVERY PLAN - 2
Case No. 2:19-cv-01613-JLR

1  Email: bterrell@terrellmarshall.com
   Email: tmarshall@terrellmarshall.com
2
   Andrew R. Frisch (admitted *pro hac vice*)
3  Paul M. Botros (admitted *pro hac vice*)
   MORGAN & MORGAN, P.A.
4  8151 Peters Road, Suite 4000
   Plantation, FL 33324
5  Telephone: (954) Workers
   Email: afrisch@forthepeople.com
6  Email: pbotros@forthepeople.com

7  Attorneys for Plaintiff, Brady Edmonds

8

...

26 [PROPOSED] ORDER GRANTING
   STIPULATION FOR EXTENSION OF
   DEADLINES REGARDING INITIAL
   DISCLOSURES, JOINT STATUS
   REPORT AND DISCOVERY PLAN - 3
   Case No. 2:19-cv-01613-JLR

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022