THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADY EDMONDS, on behalf of himself and those similarly situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation;<br><br>                            Defendants. | No. 2:19-cv-01613-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION OF AMAZON DEFENDANTS TO DISMISS PLAINTIFF'S FIRST AMENDED NATIONWIDE COLLECTIVE ACTION COMPLAINT |

Based upon the record and all of the prior proceedings in this matter, the Court GRANTS the Motion of Amazon Defendants to Dismiss Plaintiff's First Amended Nationwide Collective Action Complaint, and ORDERS that Plaintiff's claims against the Amazon Defendants in the above-captioned action are dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____, _____

 

_____
James L. Robart
United States District Court Judge

[PROPOSED] ORDER GRANTING
AMAZON DEFENDANTS' MOTION
TO DISMISS FIRST AMENDED
COMPLAINT - 1
Case No. 2:19-cv-01613-JLR

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

By: /s/Ryan D. Redekopp

Ryan D. Redekopp, WSBA #36853

K&L GATES LL
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Email: ryan.redekopp@klgates.com

/s/Christopher K. Ramsey
Christopher K. Ramsey (admitted *pro hac vice)*
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219-6401
Telephone: (412) 560-3300
Email: christopher.ramsey@morganlewis.com

Richard Rosenblatt (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600
Email: richard.rosenblatt@morganlewis.com

Attorneys for Defendants Amazon.com, Inc.,
Amazon Logistics, Inc., and Amazon.com Services, Inc.

[PROPOSED] ORDER GRANTING
AMAZON DEFENDANTS' MOTION
TO DISMISS FIRST AMENDED
COMPLAINT - 2
Case No. 2:19-cv-01613-JLR