THE HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADY EDMONDS, on behalf of himself and those similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation,<br><br>          Defendants. | NO. 2:19-cv-01613-JLR<br><br>**NOTICE OF FILING CONSENT TO JOIN OF OPT-IN PLAINTIFF** |

    Plaintiff, **BRADY EDMONDS**, by and through the undersigned counsel, hereby gives notice of filing the attached Consent to Join forms executed by **AJAY VISHWAKARMA**, who worked out of the Amazon fulfillment center in Eagan, Minnesota, and **VIVEK DANIELSON**, who worked out of the Amazon fulfillment center in Eagan, Minnesota, attached hereto as **Exhibits A**.

    RESPECTFULLY SUBMITTED AND DATED this 17th day of January, 2020.

                         MORGAN & MORGAN, P.A.

                    By:  *Paul M. Botros*
                         Paul M. Botros, *Admitted Pro Hac Vice*
                         Email: pbotros@forthepeople.com
                         Andrew R. Frisch, *Admitted Pro Hac Vic*
                         Email: afrisch@forthepeople.com
                         8151 Peters Road, Suite 4000

Notice of Filing Consents to Join 1
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, FL 33324
TEL. 954-318-0268 • FAX 954-327-3013

| | |
|---|---|
| 1 | Plantation, Florida 33324 |
| 2 | Telephone: (954) Workers<br>Facsimile: (954) 327-3013 |
| 3 | Beth E. Terrell, WSBA #26759 |
| 4 | Email: bterrell@terrellmarshall.com<br>Toby J. Marshall, WSBA #32726 |
| 5 | Email: tmarshall@terrellmarshall.com<br>936 North 34th Street, Suite 300 |
| 6 | Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603 |
| 7 | Facsimile: (206) 319-5450 |
| 8 | *Attorneys for Plaintiffs* |

Notice of Filing Consents to Join 2
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, FL 33324
TEL. 954-318-0268 • FAX 954-327-3013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 17th day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: ***/s/ Paul M. Botros, Esq***.
PAUL M. BOTROS, Esq.

Notice of Filing Consents to Join 3
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, FL 33324
TEL. 954-318-0268 • FAX 954-327-3013