1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14

BRADY EDMONDS,

             Plaintiff,

v.

AMAZON.COM, INC.,

             Defendants.

CASE NO. C19-1613JLR

INITIAL SCHEDULING ORDER

15
16
17
18
19
20
21
22

       The parties filed a joint status report in this action on March 13, 2020.  (*See* JSR (Dkt. # 39).)  The parties propose that the court "delay entry of a trial date and full trial management schedule until the [c]ourt rules on collective certification."  (*See id.* at 3.)  The parties propose an initial case schedule that sets deadlines for joining additional parties, amending pleadings, and the parties' briefing on a motion for conditional collective certification "and related motions."  (*See id.* at 5.)  The parties do not propose a

//

ORDER - 1

deadline for a motion for decertification or the parties' submissions in support of and in opposition to such a motion. (*See generally id.*)

Pursuant to the parties' joint status report, the court hereby enters the following initial case deadlines:

| | |
|---|---|
| Deadline to join additional parties other than opt-in plaintiffs: | June 26, 2020 |
| Deadline to amend pleadings: | October 27, 2020 |
| Deadline to file motion for conditional collective certification and related motions:[1] | June 12, 2020 |

(*See id.* at 5.)

Further, pursuant to the parties' joint status report, at this time the court refrains from setting additional case deadlines, including a trial date and deadlines for discovery and dispositive motions. (*See id.* at 9-10.) Following a determination on conditional

//

//

//

//

//

---

[1] Mr. Edmonds filed a motion for issuance of notice to similarly situated individuals on March 26, 2020, and noted it for May 15, 2020. (*See* Notice Mot. (Dkt. # 40).) That motion includes a request for conditional collective certification. (*See id.* at 23; *see also* Prop. Order (Dkt. # 40-1) at 2); *see also Campbell v. City of Los Angeles*, 903 F.3d 1090, 1101 (9th Cir. 2018) (noting that the "sole consequence" of a successful motion for conditional certification is "the sending of court-approved written notice" to workers who may wish to join the litigation as individuals) (quoting *Genesis Healthcare Corp. v. Symczyk*, 569 U.S. 66, 75 (2013)). Nevertheless, the court deems it appropriate to enter the agreed conditional certification deadlines proposed by the parties. (*See* JSR at 5.)

1   collective certification, the court will order the parties to meet and confer and submit an
2   additional joint status report setting forth the parties' proposals for further case deadlines.
3       Dated this 22nd day of April, 2020.

*[signature]*

JAMES L. ROBART
United States District Judge