THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADY EDMONDS, on behalf of himself and those similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation;<br><br>　　　　　　　　　　　　Defendants. | No. 2:19-cv-01613-JLR<br><br>NOTICE TO WITHDRAW PENDING MOTION |

**NOTICE TO WITHDRAW PENDING MOTION**

Defendants Amazon.com, Inc., Amazon Logistics, Inc., and Amazon.com Services, Inc. ("Defendants"), by and through their undersigned counsel, hereby withdraw their Motion to File an Over-Length Response In Opposition to Plaintiff's Prediscovery Motion for Issuance of Notice to Similarly Situated Individuals Under 29 U.S.C. § 216(b) (Dkt. 46) (the "Motion").  Defendants' Response in Opposition to Plaintiff's Motion will total 24 or fewer pages, and therefore Defendants require no additional pages beyond those provided for by

NOTICE OF WITHDRAWAL OF
DEFENDANTS' MOTION TO FILE AN
OVER-LENGTH RESPONSE - 1
Case No. 2:19-cv-01613-JLR

1 | Local Civil Rule 7(e).  Defendants respectfully request that the Court take no action on

2 | Defendants' Motion.

3 |       DATED May 11, 2020

4 |       By: /s/Ryan D. Redekopp
Ryan D. Redekopp, WSBA #36853

K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
Email: ryan.redekopp@klgates.com

/s/Christopher K. Ramsey
Christopher K. Ramsey (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219-6401
Telephone: (412) 560-3300
Email: christopher.ramsey@morganlewis.com

Richard Rosenblatt (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600
Email: richard.rosenblatt@morganlewis.com

Attorneys for Defendants Amazon.com, Inc., Amazon Logistics, Inc., and Amazon.com Services LLC (formerly Amazon.com Services, Inc.)

NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO FILE AN OVER-LENGTH RESPONSE - 2
Case No. 2:19-cv-01613-JLR

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, I caused to be electronically filed the foregoing NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO FILE AN OVER-LENGTH RESPONSE IN OPPOSITION TO PLAINTIFF'S PREDISCOVERY MOTION FOR ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS UNDER 29 U.S.C. § 216(b) with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

DATED May 11, 2020

By: s/Christopher K. Ramsey
Christopher K. Ramsey (admitted *pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-3300
christopher.ramsey@morganlewis.com

Attorneys for Defendants Amazon.com, Inc., Amazon Logistics, Inc., and Amazon.com Services LLC (formerly Amazon.com Services, Inc.)

NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO FILE AN OVER-LENGTH RESPONSE - 3
Case No. 2:19-cv-01613-JLR

K&L GATES LLP
925 FOURTH AVENUE  SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022