THE HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADY EDMONDS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation,<br><br>Defendants. | NO. 2:19-cv-01613-JLR<br><br>**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS AND FOR CONDITIONAL COLLECTIVE CERTIFICATION**<br><br>**NOTED FOR CONSIDERATION:<br>MAY 7, 2020** |

Plaintiff, BRADY EDMONDS, on behalf of himself and those similarly situated, by and through undersigned counsel, respectfully submits this unopposed motion for extension of time to file a reply to defendants' response to Plaintiff's motion for issuance of notice to similarly situated individuals and for conditional collective certification and states as follows:

1. On October 9, 2019, Plaintiff, BRADY EDMONDS, on behalf of himself and those similarly situated, ("Plaintiffs") filed a complaint against Defendants AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation (Collectively "Defendants"). *See* Dkt. No. 1.

PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS AND FOR CONDITIONAL COLLECTIVE CERTIFICATION - 1
Case No.: 2:19-cv-01613-JLR

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

2. On March 26, 2020, Plaintiff filed a motion for issuance of notice to similarly situated individuals and a request for Conditional Collective Certification. *See* Dkt. No. 40.

3. Plaintiff's motion is noted for hearing on May 15, 2020.

4. Defendants' response to the motion is due to be filed on or before May 11, 2020. Pursuant to the Parties' agreement, Defendants' response is anticipated to be six pages in excess of that otherwise permitted by the local rules.

5. Plaintiff's reply to Defendants' response is due on or before May 15, 2020.

6. Plaintiff respectfully requests an additional ten days, until May 25, 2020, to file Plaintiff's reply.

7. The requested extension is not for the purposes of delay and is sought in good faith. The parties originally agreed that Defendants would have approximately five weeks for their response, and Plaintiff would have approximately two weeks for his reply. Dkt. No. 39 at 5. Defendants have had more than six weeks to prepare their response. *See* Dkt. No. 40 (motion filed on March 26, 2020).

8. Counsel for Plaintiff conferred with counsel for Defendants, and Defendants do not oppose the requested extension.

9. As such, Plaintiff respectfully asks the Court to re-note the motion (Dkt. No. 40) for consideration on May 25, 2020, which will extend the deadline for Plaintiff's reply to the same date.

## AUTHORITY AND ARGUMENT

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . ." Fed. R. of Civ. P. 6(b)(1). Such authority is within the Court's broad discretion to manage its cases, including scheduling. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) (citing *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001)). As this motion sets forth good

PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS AND FOR CONDITIONAL COLLECTIVE CERTIFICATION - 2
Case No.: 2:19-cv-01613-JLR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  cause for the relief sought, and neither the parties nor these proceedings would be prejudiced
2  by the granting of this motion, Plaintiff respectfully asks the Court to exercise its discretion to
3  grant the requested enlargement of time and re-note Dkt. No. 40 for consideration on May
4  25, 2020, which will extend the deadline for Plaintiff's reply to the same day.

5  RESPECTFULLY SUBMITTED AND DATED this 7th day of May, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Toby J. Marshall, WSBA #32726
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andrew R. Frisch, *Admitted Pro Hac Vic*
Email: afrisch@forthepeople.com
Paul M. Botros, *Admitted Pro Hac Vice*
Email: pbotros@forthepeople.com
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013

*Attorneys for Plaintiff*

---

PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE
A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR
ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS AND FOR
CONDITIONAL COLLECTIVE CERTIFICATION - 3
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADY EDMONDS, on behalf of himself and those similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation,<br><br>     Defendants. | NO. 2:19-cv-01613-JLR<br><br>**ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS AND FOR CONDITIONAL COLLECTIVE CERTIFICATION** |

THIS MATTER came before the Court on Plaintiff's *Unopposed* Motion for Extension of Time to File a Reply to Defendants' Response to Plaintiff's Motion for Issuance of Notice to Similarly Situated Individuals and for Conditional Collective Certification. Prior to ruling, the Court considered the following documents and evidence:

  1.  Plaintiff's *Unopposed* Motion for an Extension of Time to File a Reply to Defendants' Response to Plaintiff's Motion for Issuance of Notice to Similarly Situated Individuals and for Conditional Collective Certification.

  Based on the foregoing, it is here by ordered that Plaintiff's *Unopposed* Motion Extension of Time to File a Reply to Defendants' Response to Plaintiff's Motion for Issuance of Notice to Similarly Situated Individuals and for Conditional Collective Certification is GRANTED. Plaintiff's Prediscovery Motion for Issuance of Notice to Similarly Situated

Individuals under 29 U.S.C. § 216(b) (Dkt. No. 40) shall be RE-NOTED for consideration on May 25, 2020, and Plaintiff's reply in support of that motion shall be due the same day.

IT IS SO ORDERED.

DATED this __11th__ day of __May_____, 2020

_____
THE HONORABLE JAMES L. ROBART

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: __/s/ Toby J. Marshall, WSBA #32726_____
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andrew R. Frisch, *Admitted Pro Hac Vic*
Email: afrisch@forthepeople.com
Paul M. Botros, *Admitted Pro Hac Vice*
Email: pbotros@forthepeople.com
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013

*Attorneys for Plaintiff*

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ISSUANCE OF NOTICE TO SIMILARLY SITUATED INDIVIDUALS AND FOR CONDITIONAL COLLECTIVE CERTIFICATION - 2 Case No.: 2:19-cv-01613-JLR