THE HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRADY EDMONDS, on behalf of himself and those similarly situated,

Plaintiff,

vs.

AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation,

Defendants.

NO. 2:19-cv-01613-JLR

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER**

**NOTED FOR CONSIDERATION: JUNE 15, 2020**

## I. STIPULATION

To accommodate the schedules and workloads of counsel, Plaintiff Brady Edmonds, Defendants Amazon.com, Inc., Amazon Logistics, Inc., Amazon.com Services, Inc, and Proposed Intervenors Andrea Thomas and Felicia Gaines have agreed to extend the deadlines for the response and reply briefs related to the Motion to Intervene and for Leave to File Motion to Dismiss, or, in the Alternative, Transfer (Dkt. 55). Specifically, the parties stipulate to the following new deadlines:

- Response briefs shall be due on June 17, 2020;
- The reply brief shall be due on June 25, 2020; and
- The motion shall be re-noted for consideration on June 25, 2020.

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER - 1
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 15th day of June, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Andrew R. Frisch, *Admitted Pro Hac Vic*
Email: afrisch@forthepeople.com
Paul M. Botros, *Admitted Pro Hac Vice*
Email: pbotros@forthepeople.com
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013

*Attorneys for Plaintiff*

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Christopher K. Ramsey
Christopher K. Ramsey, *Admitted Pro Hac Vice*
Email: christopher.ramsey@morganlewis.com
One Oxford Centre, 32nd Floor
Pittsburgh, Pennsylvania 15219-6401
Telephone: (412) 560-3300
Facsimile: (412) 560-7001

Ryan D. Redekopp, WSBA #36853
Email: ryan.redekopp@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Richard Rosenblatt, *Admitted Pro Hac Vice*
Email: richard.rosenblatt@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Telephone: (609) 919-6600
Facsimile: (609) 919-6701

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER - 2
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

BERGER MONTAGUE PC

By: /s/ Sarah R. Schalman-Bergen

Sarah R. Schalman-Bergen*
Email: sschalman-bergen@bm.net
Krysten L. Connon*
kconnon@bm.net
Michaela Wallin*
Email: mwallin@bm.net
Camille Fundora Rodriguez*
Email: crodriguez@bm.net
Alexandra K. Piazza*
Email: apiazza@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Direct: (215) 875-3053
Main: (215) 875-3033

Ryan Allen Hancock*
Email: rhancock@wwdlaw.com
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3600

Jose A. Klein, WSBA No. 47449
Email: jose@kleinmunsinger.com
Damien T. Munsinger, WSBA No. 50531
Email: damien@kleinmunsinger.com
KLEIN MUNSINGER LLC
1215 SE 8TH Avenue, Suite F
Portland, OR 97214
Telephone: (503) 568-1078

* Pro hac vice forthcoming
*Attorneys for Proposed Intervenors*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER - 3
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this __________ day of ____________________________________, 2020.

_________________________________
UNITED STATE DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER - 4
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on June 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ryan D. Redekopp, WSBA #36853
Email: ryan.redekopp@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Richard Rosenblatt, *Admitted Pro Hac Vice*
Email: richard.rosenblatt@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Telephone: (609) 919-6600
Facsimile: (609) 919-6701

Christopher K. Ramsey, *Admitted Pro Hac Vice*
Email: christopher.ramsey@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, Pennsylvania 15219-6401
Telephone: (412) 560-3300
Facsimile: (412) 560-7001

*Attorneys for Defendants*

Jose A. Klein, WSBA No. 47449
Email: jose@kleinmunsinger.com
Damien T. Munsinger, WSBA No. 50531
Email: damien@kleinmunsinger.com
KLEIN MUNSINGER LLC
1215 SE 8TH Avenue, Suite F
Portland, OR 97214
Telephone: (503) 568-1078

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER - 5
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Sarah R. Schalman-Bergen*
Email: sschalman-bergen@bm.net
Krysten L. Connon*
kconnon@bm.net
Michaela Wallin*
Email: mwallin@bm.net
Camille Fundora Rodriguez*
Email: crodriguez@bm.net
Alexandra K. Piazza*
Email: apiazza@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Direct: (215) 875-3053
Main: (215) 875-3033

Ryan Allen Hancock*
Email: rhancock@wwdlaw.com
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3600

* Pro hac vice forthcoming

*Attorneys for Proposed Intervenors*

DATED this 15th day of June, 2020.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION TO INTERVENE AND FOR LEAVE TO FILE MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER - 6
Case No.: 2:19-cv-01613-JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com