IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **BRADY EDMONDS**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC.**, a Foreign for Profit Corporation; **AMAZON LOGISTICS, INC.**, a Foreign for Profit Corporation; **AMAZON.COM SERVICES, INC.**, a Foreign for Profit Corporation;<br><br>Defendants. | **Case No.   No. 2:19-cv-01613-JLR**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR INTERVENORS' REPLY IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TRANSFER**<br><br>**NOTED FOR CONSIDERATION: SEPTEMBER 15, 2020** |

**STIPULATION**

To accommodate the schedules and workloads of counsel, Intervenors Andrea Thomas and Felicia Gaines, Plaintiff Brady Edmonds, and Defendants Amazon.com, Inc., Amazon Logistics, Inc., Amazon.com Services, Inc. have agreed to extend the deadline for Intervenors' reply brief in support of the Motion to Dismiss, or, in the Alternative, Transfer (Dkt. No. 68) from Friday, September 18, 2020, to Wednesday, September 23, 2020, and to re-note the Motion for Wednesday, September 23, 2020.

ORDER - 1

RESPECTFULLY SUBMITTED AND DATED this 16th day of September, 2020.

| **INTERVENORS ANDREA THOMAS AND FELICIA GAINES** | **PLAINTIFF BRADY EDMONDS** |
|---|---|
| By: /s/ Damien T. Munsinger<br>One of Their Attorneys | By: /s/ Paul M. Botros<br>One of His Attorneys |
| Jose A. Klein, WSBA No. 47449<br>Email: jose@kleinmunsinger.com<br>Damien T. Munsinger, WSBA No. 50531<br>Email: damien@kleinmunsinger.com<br>1215 SE 8TH Avenue, Suite F<br>Portland, OR 97214<br>Telephone: (503) 568-1078 | Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 |
| Sarah R. Schalman-Bergen (pro hac vice)<br>Email: sschalman-bergen@bm.net<br>Krysten L. Connon (pro hac vice)<br>kconnon@bm.net<br>Michaela Wallin*<br>Email: mwallin@bm.net<br>Camille Fundora Rodriguez*<br>Email: crodriguez@bm.net<br>Alexandra K. Piazza*<br>Email: apiazza@bm.net<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Direct: (215) 875-3053<br>Main: (215) 875-3033 | Andrew R. Frisch, *Admitted Pro Hac Vic*<br>Email: afrisch@forthepeople.com<br>Paul M. Botros, *Admitted Pro Hac Vice*<br>Email: pbotros@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>8151 Peters Road, Suite 4000<br>Plantation, Florida 33324<br>Telephone: (954) WORKERS<br>Facsimile: (954) 327-3013<br><br>*Attorneys for Plaintiff* |
| Ryan Allen Hancock*<br>Email: rhancock@wwdlaw.com<br>WILLIG, WILLIAMS & DAVIDSON<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 656-3600 | |
| * Pro hac vice forthcoming<br>*Attorneys for Intervenors* | |

ORDER - 2

**DEFENDANTS AMAZON.COM, AMAZON LOGISTICS, INC AND AMAZON SERVICES, INC.**

By: /s/  Richard Rosenblatt
One of Their Attorneys

Ryan D. Redekopp, WSBA #36853
Email: ryan.redekopp@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

Richard Rosenblatt, *Admitted Pro Hac Vice*
Email: richard.rosenblatt@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Telephone: (609) 919-6600
Facsimile: (609) 919-6701

Christopher K. Ramsey,
*Admitted Pro Hac Vice*
Email: christopher.ramsey@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, Pennsylvania 15219-6401
Telephone: (412) 560-3300
Facsimile: (412) 560-7001

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of September, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 4