UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADY EDMONDS,<br><br>               Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., et al.<br><br>               Defendants. | CASE NO. C19-1613JLR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

Before the court is Plaintiff Brady Edmonds's motion for reconsideration of the court's October 9, 2020, order denying Mr. Edmonds's motion for issuance of notice to similarly situated individuals and motion to toll the statute of limitations.  (*See* MFR (Dkt. # 81); *see also* 10/9/20 Order (Dkt. # 80).)  Motions for reconsideration are disfavored, and the court ordinarily will deny such motions unless the moving party shows (a) manifest error in the prior ruling, or (b) new facts or legal authority which could not have been brought to the attention of the court earlier through reasonable diligence.  Local Rules W.D. Wash. LCR 7(h)(1).

ORDER - 1

1    The court has carefully reviewed Mr. Edmonds's motion.  Mr. Edmonds presents
2  no new facts or legal authority that could not have been brought to the court's attention
3  earlier with reasonable diligence.  (*See generally* MFR.)  Instead, Mr. Edmonds asserts
4  that the court failed to apply the correct legal standard to determine if preliminary
5  certification and issuance of notice to similarly situated individuals were proper under the
6  Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b).  (*Id*. at 4-7.)  These issues were
7  fully analyzed and discussed in the court's order denying the motion for issuance of
8  notice.  (*See* 10/9/20 Order at 7-15.)
9    Mr. Edmonds makes neither of the required Local Rule LCR 7(h)(1) showings.
10  (*See generally* MFR.)  The court thus DENIES Mr. Edmonds's motion for
11  reconsideration (Dkt. # 81).
12    Dated this 2nd day of November, 2020.

13
14  _____
15  JAMES L. ROBART
    United States District Judge
16
17
18
19
20
21
22